**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7005**

---

LEROY RICHARDSON-BEY,

Plaintiff - Appellant,

versus

THEODIS BECK; JAMES B. FRENCH; LYNN OEHLING;
MARY LOU ROGERS; BONNIE BOYETTE; DENNIS M.
ROWLAND; J. BLANGO; F. BROWN, Lieutenant;
SERGEANT WATSON; DAVID YATES; SUPERINTENDENT
GRIMM; CYNTHIA BUTLER BOSTIC; R. B. LEE,
Captain; ELIZABETH LAYCOCK; G. L. WOODARD,
Superintendent; C. BATTEN; FRAN MINSHEW; RICK
JACKSON, Superintendent; JULIA BRIGMAN; THOMAS
J. ANDREWS; MR. WILKERSON; HATTIE B. PIMPONG,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-01-262)

---

Submitted: September 6, 2001      Decided: September 14, 2001

---

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leroy Richardson-Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Richardson-Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Richardson-Bey v. Beck, No. CA-01-262 (E.D.N.C. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED